Richard G. Frenkel (CA 204133)
rick.frenkel@lw.com
Nicholas H. Yu (CA 298768)
nicholas.yu@lw.com
Brett M. Sandford (CA 302072)
brett.sandford@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Phone: (650) 328-4600
Fax: (650) 463-2600

Maximilian A. Grant (*pro hac vice*)
max.grant@lw.com
Maureen P. Long (*pro hac vice*)
maureen.long@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2200

Attorneys for Defendant
FREE-FLOW PACKAGING INTERNATIONAL,
INC.

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **AUTOMATED PACKAGING SYSTEMS, INC.**<br><br>Plaintiff,<br><br>vs.<br><br>**FREE-FLOW PACKAGING INTERNATIONAL, INC.**<br><br>Defendant. | Case No. 3:18-cv-00356-EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge Edward M. Chen |

1     Pursuant to Civ. L.R. 6-2, Plaintiff Automated Packaging Systems, Inc. ("Automated")

2     and Defendant Free-Flow Packaging International, Inc. ("FPI") (collectively, the "Parties")

3     submit this STIPULATION AND [PROPOSED] ORDER for the Court's approval;

4          WHEREAS, on January 16, 2018, the United States District Court for the Northern

5     District of Ohio transferred this case to the United States District Court for the Northern District

6     of California;

7          WHEREAS, on January 17, 2018, this case was assigned to the Honorable Sallie Kim

8     and an Initial Case Management Conference was set for April 30, 2018 (Dkt. No. 108);

9          WHEREAS, on February 1, 2018, this case was reassigned to the Honorable Edward M.

10    Chen (Dkt. No. 122);

11         WHEREAS, on February 13, 2018, the Court set a Case Management Conference for

12    March 29, 2018 (Dkt. No. 139);

13         WHEREAS, lead trial counsel for FPI, who is required to appear at the Case

14    Management Conference pursuant to Civ. L.R. 16-10(a) and wishes to do so, is unavailable on

15    March 29, 2018;

16         WHEREAS, the Parties have met and conferred regarding a stipulated request to continue

17    the Initial Case Management Conference;

18         **IT IS HEREBY STIPULATED** that (a) the Initial Case Management Conference be

19    continued from March 29, 2018 to April 19, 2018[1] and (b) the Parties will submit a Joint Case

20    Management Statement pursuant to Civ. L.R. 16-9(a) on or before April 12, 2018.

21         The Parties' Stipulation will not affect any other deadline set by the Court or otherwise

22    impact the case schedule.

23

24

25

26

27

28

---

[1] Should the Court become available on April 12, 2018 (a date which is listed as unavailable on the Court's calendar), the Parties could be available on that date as well.

1

1    Dated:  February 16, 2018                    Respectfully submitted,

2
                                                  By: */s/ Richard G. Frenkel*
3                                                 Richard G. Frenkel (CA 204133)
                                                  rick.frenkel@lw.com
4                                                 Nicholas H. Yu (CA 298768)
                                                  nicholas.yu@lw.com
5                                                 Brett M. Sandford (CA 302072)
                                                  brett.sandford@lw.com
6                                                 LATHAM & WATKINS LLP
                                                  140 Scott Drive
7                                                 Menlo Park, CA 94025
                                                  Phone: (650) 328-4600
8                                                 Fax: (650) 463-2600

9                                                 Maximilian A. Grant (*pro hac vice*)
                                                  max.grant@lw.com
10                                                Maureen P. Long (*pro hac vice*)
                                                  maureen.long@lw.com
11                                                LATHAM & WATKINS LLP
                                                  555 Eleventh Street, NW Suite 1000
12                                                Washington, D.C. 20004
                                                  Phone: (202) 637-2200
13
                                                  Marc N. Zubick (*pro hac vice*)
14                                                marc.zubick@lw.com
                                                  LATHAM & WATKINS LLP
15                                                330 North Wabash Ave., Suite 2800
                                                  Chicago, IL 60611
16                                                Phone: (312) 876-7700

17                                                Kyle A. Virgien (CA 278747)
                                                  kyle.virgien@lw.com
18                                                LATHAM & WATKINS LLP
                                                  505 Montgomery Street, Suite 2000
19                                                San Francisco, CA 94111
                                                  Phone: (415) 391-0600
20                                                Fax: (415) 395-8095

21                                                Attorneys for Defendant
                                                  FREE-FLOW PACKAGING
22                                                INTERNATIONAL, INC.

23                                                By: */s/ Nenad Pejic*
                                                  Nenad Pejic (*pro hac vice*)
24                                                npejic@calfee.com
                                                  Tracy S. Johnson (*pro hac vice*)
25                                                tjohnson@calfee.com
                                                  Georgia E. Yanchar (*pro hac vice*)
26                                                gyanchar@calfee.com
                                                  Andrew W. Alexander (*pro hac vice*)
27                                                aalexander@calfee.com
                                                  Kyle Deighan (*pro hac vice*)
28                                                kdeighan@calfee.com

                                 2

CALFEE, HALTER & GRISWOLD LLP
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200

Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
Sabrina A. Larson (CA SBN 291661)
slarson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street San Francisco, California
94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
AUTOMATED PACKAGING SYSTEMS,
INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I, Richard G. Frenkel, attest that all other signatories listed and on and whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

Dated:  February 16, 2018                    By: */s/ Richard G. Frenkel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:             3/1/18                    By:
                                             HON.
                                             UNITED

IT IS SO ORDERED

Judge Edward M. Chen

3