# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Packaging Systems, Inc.<br><br>                  Plaintiff(s)<br><br>v.<br><br>Free-Flow Packaging International<br><br>                  Defendant(s) | CASE No C 18-cv-00356-EMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  non-binding private mediation

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: within 30 days of the later of the Markman hearing in this case and the Markman hearing in the parties' case no. 5:17-cv-02318 in N.D. Ohio

Date: March 8, 2018       /s/ Nenad Pejic
                                Attorney for Plaintiff

Date: March 8, 2018       /s/ Richard G. Frenkel
                                Attorney for Defendant

- ☒ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS

Date: March 20, 2018



U.S. DISTRICT JUDGE
Judge Edward M. Chen

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*