UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMATED PACKAGING SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FREE FLOW PACKAGING INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 18-cv-00356-EMC<br><br>**ORDER RE: CLAIM CONSTRUCTION BRIEFING**<br><br>Docket No. |

The parties may file cross-reply briefs in connection with the claim construction hearing no later than May 11, 2018. The briefs shall not exceed 10 pages. Exhibits that have been filed with the opening and opposition briefs shall be cited by docket number rather than re-attached.

**IT IS SO ORDERED**.

Dated: April 27, 2018

EDWARD M. CHEN
United States District Judge